# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

JOSEPH D. GILBERTI, JR.,

Appellant,

v.

72 PARTNERS, LLC; ANDREW W. ROSIN, P.A.; C & D
CATTLE ENTERPRISES, LLC,

Appellees.

No. 2D2025-1451

_____

January 28, 2026

Appeal from the Circuit Court for Sarasota County; Stephen M. Walker,
Judge.

Joseph D. Gilberti, Jr., pro se.

No appearance for Appellees.


PER CURIAM.

    Affirmed.


NORTHCUTT, KHOUZAM, and MORRIS, JJ., Concur.

_____

Opinion subject to revision prior to official publication.